UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| KINSLEY FISK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-00059 |
| | ) | REEVES/LEE |
| WARREN COUNTY SHERIFF'S | ) | |
| DEPARTMENT and EDDIE | ) | |
| KNOWLES | ) | |
| | ) | |
| Defendants. | | |

## MEMORANDUM OPINION

This *pro se* prisoner's civil rights action under 42 U.S.C. § 1983 was filed on October 10, 2017 [Doc. 2]. On October 27, 2017, the Court entered a Memorandum and Order, screening the complaint to determine whether, *inter alia*, the pleading failed to state a claim which would entitle Plaintiff to relief under § 1983 [Doc. 3]. The Court found that the complaint, as pled, failed to state a claim, but that it might state a claim if Plaintiff amended certain allegations [*Id.*]. Thus, the Court allowed Plaintiff twenty-one days from that date to amend those allegations [*Id.*].

More than twenty-one days have passed, and Plaintiff has failed to amend his complaint or otherwise respond to the Court's order. Therefore, this case will be **DISMISSED** for failure to state a claim for relief, 28 U.S.C. § 1915(e)(2), and for Plaintiff's failure to prosecute and to comply with the orders of this Court, Fed. R. Civ. P. 41(b).

**AN APPROPRIATE JUDGMENT ORDER WILL ENTER.**

_____
UNITED STATES DISTRICT JUDGE